Serita Rios, SBN# 246568
Law Office of Serita Rios
P.O. Box 688
Fresno, California 93712
Telephone (559) 224-1800
Facsimile (559) 224-1806
serita@seritarioslaw.com

Attorney for Defendant MARIA DELGADO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MARIA DELGADO,<br><br>　　　　　Defendant. | Case No. 1:20-CR-00240-JLT<br><br>**MOTION TO TERMINATE CJA APPOINTMENT AND ORDER** |

On December 10, 2020, Defendant, MARIA DELGADO, was indicted on federal charges. On December 4, 2020, CJA Panel Counsel, Serita Rios, was appointed to represent Ms. Delgado. Ms. Delgado was sentenced pursuant to a plea agreement on July 22, 2022; Ms. Delgado was in custody at the time of sentencing. The time for filing a direct appeal was August 5, 2022, no direct appeal was filed. The trial phase of Ms. Delgado's criminal case has, therefore, come to an end. Having completed her representation, Counsel Serita Rios now moves to terminate her appointment under the Criminal Justice Act.

Should Ms. Delgado require further legal assistance she has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-

5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist her.

Dated: June 29, 2023

/s/ *Serita Rios*
_____
**Serita Rios**
Attorney for Defendant

---

## ORDER

Having found that attorney Serita Rios has completed the services for which she was appointed, the Court hereby grants Counsel Serita Rios' request for leave to withdraw as defense counsel in this matter.

Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant, MARIA DELGADO, at the following address and to update the docket to reflect Defendant's pro se status and contact information.

> Maria Delgado, #20586-509
> FCI Aliceville
> P.O. Box 4000
> Aliceville, AL 35442

IT IS SO ORDERED.

Dated:   **June 30, 2023**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE