HEATHER E. WILLIAMS, Bar #122664
Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
MARIA DELGADO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIA DELGADO,<br><br>Defendant. | Case No. 1:20-cr-00240 JLT-SKO-4<br><br>**STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE CRIMINAL HISTORY REDUCTION CASE<br><br>Judge:  Hon. Jennifer L. Thurston |

Defendant, MARIA DELGADO, by and through her attorney, Assistant Federal Defender Peggy Sasso, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Shelley D. Weger, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o), after taking into account the policy statements set forth in USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable;

2. The United States Sentencing Commission recently amended the Sentencing Guidelines to include what now appears in USSG § 4C1.1 ("zero-point provision"). *See* Amendment 821, Part B, Subpart 1. The zero-point provision provides a 2-offense-level

reduction for certain offenders who present zero criminal history points and satisfy the criteria listed in USSG § 4C1.1(a). The United States Sentencing Commission made the zero-point provision retroactive beginning February 1, 2024. *See* USSG § 1B1.10(e)(2) (Nov. 1, 2023); 88 Fed. Reg. 60534;

3. On July 22, 2022, this Court sentenced Ms. Delgado to a term of 48 months;

4. Ms. Delgado's total offense level was 25, her criminal history category was I (based on her having zero criminal history points), and the resulting guideline range was 57 to 71 months;

5. The sentencing range applicable to Ms. Delgado was subsequently lowered by the zero-point provision;

6. Ms. Delgado is eligible for a reduction in sentence, which reduces her total offense level by 2 from 25 to 23, and her amended advisory guideline range is reduced to 46 to 57 months;

7. Because Ms. Delgado is eligible for a reduction in sentence, the parties request the Court enter the order lodged herewith reducing Ms. Delgado's term of imprisonment to 46 months effective February 1, 2024, but if the amount of time served as of February 1, 2024 exceeds 46 months, the sentence is instead reduced to a sentence of time-served as of February 1, 2024.

Respectfully submitted,

Dated:  January 29, 2024

PHILLIP A. TALBERT
United States Attorney

 */s/ Shelley D. Weger*
SHELLEY D. WEGER
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated:   January 29, 2024

HEATHER E. WILLIAMS
Federal Defender

 */s/ Peggy Sasso*
PEGGY SASSO
Assistant Federal Defender

Attorneys for Defendant
MARIA DELGADO

**ORDER**

This matter came before the Court on the stipulated motion of the parties for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Ms. Delgado is entitled to the benefit of Amendment 821, Part B, Subpart 1, the new zero-point provision, which reduces the total offense level from 25 to 23, resulting in an amended guideline range of 46 to 57 months.

IT IS HEREBY ORDERED that, pursuant to USSG § 1B1.10(b), the term of imprisonment imposed in 2022 is reduced to a term of 46 months, effective February 1, 2024, but if the amount of time served as of February 1, 2024 exceeds 46 months, the sentence is instead reduced to a sentence of time-served as of February 1, 2024. However, if the defendant is entitled to release because of this order, release is delayed up to 10 days to allow the Bureau of Prisons time to perform required safety and background checks, victim notifications, and release planning.

IT IS FURTHER ORDERED that all the terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Ms. Delgado shall report to the United States Probation Office within seventy-two hours after her release.

IT IS SO ORDERED.

Dated:   **January 30, 2024**

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE